# JUNE TERM, 1878.*

PEOPLE EX REL. ISABELLA GOOD v. WAYNE CIRCUIT JUDGE.

*Notice of trial of Probate Appeals.*

Probate appeals require no separate notice of trial for the first term after they are taken, but only at subsequent terms. The notice given with the appeal is sufficient for the first term.—*Per Curiam.*

MOTION for order to show cause. Submitted and denied June 11.

*Hoyt Post* for the motion.